IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NUCURRENT, INC.<br><br>         Plaintiff,<br><br>v.<br><br>HONG KONG UGREEN LIMITED<br><br>         Defendant. | Case No. 2:25-cv-779<br><br>COMPLAINT FOR PATENT INFRINGEMENT AND JURY TRIAL DEMANDED |

## COMPLAINT

This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code, against Defendant Hong Kong Ugreen Limited ("Ugreen or "Defendant") that relates to two U.S. patents owned by Plaintiff NuCurrent, Inc. ("NuCurrent" or "Plaintiff"): US Patent Nos. 12,184,084 (the "'084 Patent") and 12,272,970 (the "'970 Patent") (collectively, the "Patents-in-Suit"). Since April 11, 2024, NuCurrent has provided repeated notices to Ugreen that its Qi2 chargers infringe NuCurrent's patents and NuCurrent has repeatedly offered Ugreen a Qi2 patent license on RAND terms, consistent with the RAND royalty rates set by NuCurrent's many other Qi2 licensees. Ugreen has declined to ever respond or take a Qi2 patent license, instead continuing to use the inventions claimed in NuCurrent's patents without any compensation to NuCurrent.

## PARTIES

1.    Plaintiff NuCurrent, Inc. is a Delaware corporation with a principal place of business at 641 W. Lake St., Suite 304, Chicago, Illinois, 60661.

2.    Upon information and belief, Defendant Hong Kong Ugreen Limited is a corporation organized under the laws of Hong Kong, with a principal place of business at 19h Wan

Di   Plaza   3   Tai   Yu   Street   San   Po   Kong   Kowloon   Bay,   Hong   Kong.
https://www.ugreen.com/pages/contact-us.   Under Hague Convention Article 10(a), Defendant
Hong Kong Ugreen Limited can be served with process by mail with return receipt.

3.      Defendant Hong Kong Ugreen Limited has made, makes, used, uses, imports,
imported, sold, sells, offers to sell, and offered to sell its Qi2 chargers.

**JURISDICTION AND VENUE**

4.      This is a civil action for patent infringement arising under the Patent Laws of the
United States, 35 U.S.C. § 1, et seq., and more particularly 35 U.S.C. § 271.

5.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C.
§§ 1331 and 1338(a), in which the district courts have original and exclusive jurisdiction of any
civil action for patent infringement.

6.      Ugreen is subject to this Court's jurisdiction pursuant to due process and/or the
Texas Long Arm Statute, Tex. Civ. Prac. & Rem. Code § 17.042,  due at least to its substantial
business conducted in this District, including: (i) having solicited business in the State of Texas,
transacted business within the State of Texas, and attempted to derive financial benefit from
residents of the State of Texas in this District, including benefits directly related to the instant
patent infringement causes of action set forth herein; (ii) having placed its products and services
into the stream of commerce throughout the United States and having been actively engaged in
transacting business in Texas and in this District, and (iii) having committed the complained of
tortious acts in Texas and in this District.

7.      Ugreen, directly and/or through subsidiaries and agents (including distributors,
retailers, and others), makes, imports, ships, distributes, offers for sale, sells, uses, and advertises
(including offering products and services through its website, https://www.ugreen.com/, as well as

through other retailers such as Amazon, Best Buy, Walmart, Micro Center and AliExpress) its products and/or services in the United States, the State of Texas, and the Eastern District of Texas. Ugreen, directly and/or through its subsidiaries and agents (including distributors, retailers, and others) has purposefully and voluntarily placed one or more of its products and/or services described below into the stream of commerce with the expectation that they will be purchased and used by consumers in the Eastern District of Texas. These infringing products and/or services have been and continue to be purchased and used by consumers in the Eastern District of Texas. Ugreen has committed acts of patent infringement within the State of Texas, and more particularly, within the Eastern District of Texas.

8.     Venue is proper as to Defendant because 28 U.S.C. § 1391(c)(3) provides that "a defendant not resident in the United States may be sued in any judicial district, and the joinder of such a defendant shall be disregarded in determining where the action may be brought with respect to other defendants."

## NUCURRENT, INC. AND THE PATENTS-IN-SUIT

9.     NuCurrent is the owner of record and assignee of each of the Patents-in-Suit.

10.     NuCurrent has the exclusive right to sue and the exclusive right to recover damages for infringement of the Patents-in-Suit during all relevant time periods.

11.     On December 31, 2024, U.S. Patent No. 12,184,084 entitled "Systems and methods for dynamically tuning a wireless power transfer system" was duly and legally issued by the USPTO.

12.     On April 8, 2025, U.S. Patent No. 12,272,970 entitled "Operating frequency based power level altering in extended range wireless power transmitters" was duly and legally issued by the USPTO.

13.    Additional NuCurrent continuation patents related to Qi2 technologies are pending.

**DEFENDANT'S INFRINGING Qi2 PRODUCTS**

14.    Ugreen's own website, https://www.ugreen.com/, sells multiple Qi2 chargers, including:

- UGREEN MagFlow Wireless Charger Genshin Impact Edition (SKU: 35316GI)

- UGREEN MagFlow Qi2 2-in-1 MagSafe Charger (SKU: 45023)

- UGREEN 2-in-1 Qi2 Magnetic Foldable Fast Charging Station (SKU: 35316)

15.    Several Qi2 chargers are sold under the Ugreen name on Amazon.com, including:

- UGREEN Qi2 Certified 15W 2-in-1 Magnetic Wireless Charging Stand, Fast Charging Station for iPhone 16 15 14 13 12 Series and AirPods, MagSafe-Compatible Wireless Charger with 3 FT USB-C Cable (ASIN: B0D4DZTKSF)

- UGREEN Magnetic Power Bank Qi2 Certified 15W Fast Charging Wireless Battery Pack Slim 10000mAh Magsafe Portable Charger with 20W USB-C for iPhone 16/15/14/13/12 Series Black (ASIN: B0DJXN3N3L)

- UGREEN Qi2 15W MagFlow Wireless Charger, 2-in-1 MagSafe Fast Charging Station, Foldable Charger Stand for iPhone 16/15/14/13/12 Series, AirPods 4/3/2/Pro, with a 3.3FT USB C Charging Cable (ASIN: B0CWV2SLL8)

- UGREEN Uno Qi2 Certified 15W Wireless Charger Stand, 2-in-1 Foldable Charging Station Compatible with iPhone 16/15/14/13/12 Series, AirPods 2/3/Pro (No AC Adapter) (ASIN: B0D4DX8PH3)

16.    Several Qi2 chargers are sold under the Ugreen name on AliExpress.com, including:

- UGREEN Qi2 25W Magnetic Wireless Charger Stand Charging Holder For iPhone 16 15 Pro Max/AirPods 4 Fast Charger for MagSafe (Model #: W707)

- UGREEN 15W Magnetic Wireless Charger For iPhone 16 15 pro max Magnet Induction Charger Qi2 for Macsafe Wireless Charging Pad (Model # W703 35565)

- UGREEN GaN 65W Desktop Charger Qi2 15W Magnetic Wireless Charger Stand For Laptop Macbook Air iPhone 16 15 Pro Samsung Xiaomi (Model #: X555)

17.    The Ugreen store on AliExpress.com holds itself out as the "Ugreen Official Store."

18.    Best Buy sells a Ugreen Qi2 charger: UGREEN - MagFlow 2-in-1 Wireless Charger for iPhone 12-16, AirPods, Foldable Fast Charging Station – Grey (Model #: 35278B and SKU: 6621050).

19.    Walmart sells at the least the UGREEN MagFlow Qi2 Magnetic Foldable Charging Station, 2-in-1 Fast Wireless Charger for iPhone and Airpods and the UGREEN Qi2 15W Magnetic Power Bank, Power Delivery 30W Portable Charger, Black.

20.    The Wireless Power Consortium ("WPC") database currently lists 29 Ugreen products as Qi2 compliant:

| Qi-ID | Brand Name | Product Name | Manufacturer Part Number | Version | Picture |
|-------|-----------|--------------|--------------------------|---------|---------|
| 24323 | UGREEN | Magnetic Wireless Power Bank | PB773 65958 65958B | 2.2.1 | |
| 24253 | Ugreen | 3-in-1 Wireless Charger | W712 55893 65148 | 2.1.0 | |
| 23630 | UGREEN | Magnetic Wireless Power Bank | PB567 55450 55450B | 2.0.1 | |
| 23953 | UGREEN | GaN Desktop Fast Charger | CD342 65001 | 2.0.0 | |
| 23173 | UGREEN | 2 in 1 Magnetic Wireless Charger | W702 35316GI | 2.0.1 | |
| 22896 | UGREEN | 2 in 1 Magnetic Wireless Charger | W702 35316 | 2.0.1 | |
| 23001 | UGREEN | Magnetic Wireless Charger | W703 55206 35565 | 2.0.1 | |
| 22726 | UGREEN | 2-in-1 Magnetic Wireless Charger | W710 45382 | 2.0.1 | |
| 22788 | UGREEN | 20000mAh 2-in-1 Power Bank | PB771 35527 | 2.0.0 | |
| 22725 | UGREEN | 2-in-1 GaN Desktop Charger | X555 55320 55321 55322 55477 | 2.0.0 | |
| 22699 | UGREEN | Magnetic Wireless Power Bank | PB764 45329 45337 | 2.0.0 | |



| 22719 | UGREEN | 2-in-1 GaN Desktop Fast Charger | CD342 90905 15076 15169 15913 | 2.0.0 | |
| 22679 | UGREEN | Magnetic Wireless Car Charger | W708 35970 | 2.0.0 | |
| 22686 | UGREEN | Magnetic Wireless Power Bank | PB763 55135 45211 | 2.0.0 | |
| 22403 | UGREEN | 2 in 1 Magnetic Wireless Charger | W709 35569 45775 | 2.0.1 | |
| 22399 | UGREEN | 5000mAh Magnetic Wireless Power Bank | PB762 35926 | 2.0.0 | |
| 21854 | UGREEN | Magnetic Wireless Car Charging Module | W701 | 2.0.0 | |
| 22213 | UGREEN | 2 in 1 magnetic wireless charger | W706 45057 45023 | 2.0.0 | |
| 22389 | UGREEN | 10000mAh Magnetic Wireless Power Bank | PB761 35925 45763 | 2.0.0 | |
| 22191 | UGREEN | 3 in 1 magnetic wireless charger | W707 35028 45024 45025 45026 45980 | 2.0.0 | |
| 21979 | UGREEN | Magnetic Wireless Charging Module | W781 | 2.0.0 | |
| 21622 | UGREEN | Magnetic Wireless Charging Module | PB780 | 2.0.0 | |
| 21362 | UGREEN | Wireless Charging Module | W700 | 2.0.0 | |
| 21480 | UGREEN | 2-in-1 Wireless Charger | W704-35566 | 2.0.0 | |
| 21475 | UGREEN | 二合一无线充电器 | CD257-40119 | 2.0.0 | |

Showing 1 to 25 of 29 entries (filtered from 9,848 total entries)    « ‹ 1 2 › »

| QI-ID | Brand Name | Product Name | Manufacturer Part Number | Version | Picture |
|---|---|---|---|---|---|
| 21355 | UGREEN | 3 in 1 Wireless Charger | W705-35568 | 2.0.0 | |
| 21356 | UGREEN | 2-in-1 Magnetic Wireless Charger | W702-35316 | 2.0.0 | |
| 21353 | UGREEN | 3 in 1 Wireless Charger | CD278 90326 | 2.0.0 | |
| 20683 | UGREEN | Wireless Charger | W703-35565 | 2.0.0 | |

Showing 26 to 29 of 29 entries (filtered from 9,848 total entries)    « ‹ 1 2 › »

21.    Ugreen makes, uses, imports, sells and offers for sale accessories for mobile devices, including products that wirelessly charge a mobile device's battery in compliance with the Qi2 Specification of the WPC, including each Ugreen Qi2 product sold through its own website

at ugreen.com, Amazon, Walmart, Micro Center, AliExpress, Best Buy, or any other website, store, other sales or distribution channel(s) ("Accused Ugreen Qi2 Wireless Chargers").

22.    Ugreen has been, and now is, directly infringing claims of the Patents-in-Suit under 35 U.S.C. § 271(a) by making, using, offering for sale, selling, and/or importing the below Accused Ugreen Qi2 Wireless Chargers in this District and elsewhere in the United States that comprise the devices and/or systems claimed in the Patents-in-Suit.

23.    One of Defendant's Qi2 chargers (Product Name: 2-in-1 Magnetic Wireless Charger; Model #: W710; P/N: 45382; WPC QI ID #: 22726) appears as follows:

 

24.    Packaging for the above Qi2 charger appears as follows:

 

25.    Packaging for the above Qi2 charger also includes a brochure as follows:



## UGREEN'S KNOWLEDGE OF THE PATENTS-IN-SUIT AND CONTINUED INFRINGEMENT DESPITE THAT KNOWLEDGE

26.    Despite Defendant's awareness of the Patents-in-Suit, Defendant has and continues to make, use, sell, import, and/or offer for sale the Accused Ugreen Qi2 Wireless Chargers that meet each and every limitation of the infringed claims of the Patents-in-Suit.

27.    On April 11, 2024 and May 1, 2024, January 23, 2025, February 20, 2025 counsel for NuCurrent contacted UGreen by email about taking a Qi2 patent license.  NuCurrent sent UGreen emails to at least 5 email addresses including:

"legal@ugreen.com" legal@ugreen.com

"seven@ugreen.com" seven@ugreen.com

"service@ugreen.com" service@ugreen.com

"support@ugreen.com" support@ugreen.com

"certification@ugreen.com" certification@ugreen.com

28.    NuCurrent also sent Ugreen letters and claim charts by USPS. On April 11, 2024, NuCurrent sent, by USPS, a letter to Ugreen Group Ltd. informing Defendant of NuCurrent's patents and how Defendant's wireless power solutions that utilized and complied with the Qi2 Specification infringed NuCurrent's patents. This letter, with exhibits, was 541 pages. USPS

confirmed that the letters were delivered on May 3, 2024 and May 4, 2024 respectively.

29.    Defendant did not ever respond to NuCurrent's many emails or letters.

30.    Defendant has been aware of NuCurrent's patents since at least the April 11, 2024 email.

31.    This Complaint serves as additional notice to Ugreen of the Patents-in-Suit.

32.    Despite receiving no fewer than 4 emails and 2 letters providing notices of infringement of NuCurrent's standard-essential Qi2 patents and offers to license, Defendant has refused to respond, acknowledge, or engage in any discussion—exemplifying classic hold-out behavior that has left NuCurrent with no choice to pursue litigation to protect its rights and ensure fair compensation.

## COUNT I: PATENT INFRINGEMENT

33.    NuCurrent reasserts and realleges all preceding paragraphs of this Complaint as though set forth fully here.

34.    Ugreen infringes at least the following thirty-two claims ("Infringed Claims") of the Patents-in-Suit under 35 U.S.C. § 271:

| U.S. Patent Number | Infringed Claims |
|---|---|
| 12,184,084 | 1, 3-13, 21, and 22 |
| 12,272,970 | 1, 3-7, 11, 12, 14, 16, 18-25 |

35.    E each and every limitation of the Infringed Claims of the Patents-in-Suit found in the Accused Ugreen Qi2 Wireless Chargers.

36.    These patent and claims are illustrative examples of Ugreen's infringement of the Infringed Claims of the Patents-in-Suit. NuCurrent reserves the right to identify additional infringed claims or infringing instrumentalities in accordance with the Court's local rules and

applicable scheduling orders. NuCurrent further reserves the right to identify additional types of patent infringement committed by Ugreen.

37.     Ugreen has had notice of at least the Infringed Claims and the manner in which they infringe since at least April 11, 2024.

38.     Ugreen has made, makes, used, uses, imports, imported, sold, sells, offers to sell, and offered to sell the Accused Ugreen Qi2 Wireless Chargers that meet each and every limitation of the Infringed Claims of the Patents-in-Suit.

39.     As a direct and proximate result of Ugreen's acts of patent infringement, NuCurrent has been and continues to be injured, and has sustained and will continue to sustain damages.

## WILLFUL INFRINGEMENT

40.     Ugreen has infringed and continues to infringe the above Infringed Claims despite its knowledge of the Patents-in-Suit and its knowledge that at least the Accused Ugreen Qi2 Wireless Chargers were and are using the patented technologies and the objectively high likelihood that its acts constitute patent infringement.

41.     Ugreen's infringement of the Patents-in-Suit is willful and deliberate, and its actions—including refusing to take a license, refusing to negotiate in good faith, and continuing to infringe despite having knowledge of the Patents-in-Suit, having notice of the infringement, and no reasonable factual basis for non-infringement or invalidity—constitute egregious conduct. This willful misconduct by Ugreen entitles NuCurrent to enhanced damages under 35 U.S.C. § 284 and attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## JURY DEMAND

NuCurrent demands a trial by jury on all issues that may be so tried.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff NuCurrent requests that this Court enter judgment in its favor and against Defendant Ugreen as follows:

A.  Adjudging, finding, and declaring that Ugreen has infringed at least the above thirty-two Infringed Claims of the Patents-in-Suit under 35 U.S.C. § 271;

B.  Adjudging, finding, and declaring that the Patents-in-Suit are valid and enforceable;

C.  Awarding the past and future damages arising out of Ugreen's infringement of the Patents-in-Suit to NuCurrent in an amount no less than the RAND royalty, together with prejudgment and post-judgment interest, in an amount according to proof;

D.  Adjudging, finding, and declaring that Ugreen's infringement is willful and awarding enhanced damages and fees as a result of that willfulness under 35 U.S.C. § 284;

E.  Adjudging, finding, and declaring that this is an exceptional case pursuant to 35 U.S.C. § 285;

F.  Awarding attorney's fees, costs, or other damages pursuant to 35 U.S.C. §§ 284 and/or 285, or otherwise permitted by law; and

G.  Granting NuCurrent such other relief as is just and proper, or as the Court deems appropriate.


Dated: August 11, 2025                    Respectfully submitted,

By: /s/ *Alison Aubry Richards*

Alison Aubry Richards
(IL Bar # 6285669, *also admitted in ED Texas*)
David P. Berten
(IL Bar # 6200898, *also admitted in ED Texas*)
Global IP Law Group, LLC
55 W. Monroe St., Ste. 3400
Chicago, Illinois, 60603

Phone: 312.241.1500
arichards@giplg.com
dberten@giplg.com

*Attorneys for Plaintiff NuCurrent, Inc.*